UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
KRYS, ET AL.                                             Docket Number: 11 CV 1486 (JSR)

       -against-                                   NOTICE OF ASSIGNMENT

SCHULTE ROTH & ZABEL, LLP
-------------------------------------------------------

       The above-entitled action is:

---

[   ] Declined by Hon.
       As   [   ]Related/ [   ] Similar to case #:

---

[   ] Assigned to the Hon.
     [   ] Designated / [   ] Redesignated Hon.                    ,Magistrate Judge

---

[ X ] Accepted by Hon. JED S. RAKOFF (JSR)  as [ X ] Related/ [   ] Similar to case
                            #: 07 MD 1902
     [ X  ] Designated   [   ] Redesignated Hon. DEBRA C. FREEMAN (DCF),
     Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                                       Ruby J. Krajick
                                                                       Clerk of Court

Dated: 03/16/2011                                           By:      PHYLLIS ADAMIK
                                                                                               Deputy Clerk