UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH M. KRYS and MARGOT MACINNIS as JOINT OFFICIAL LIQUIDATORS of SPHINX LTD., SPHINX STRATEGY FUND LTD., SPHINX PLUS SPC LTD., SPHINX DISTRESSED LTD., SPHINX MERGER ARBITRAGE LTD., SPHINX SPECIAL SITUATIONS LTD., SPHINX MACRO LTD., SPHINX LONG/SHORT EQUITY LTD., SPHINX MANAGED FUTURES LTD., SPHINX EQUITY MARKET NEUTRAL LTD., SPHINX CONVERTIBLE ARBITRAGE LTD., SPHINX FIXED INCOME ARBITRAGE LTD., SPHINX DISTRESSED FUND SPC, SPHINX MERGER ARBITRAGE FUND SPC, SPHINX SPECIAL SITUATIONS FUND SPC, SPHINX MACRO FUND SPC, SPHINX LONG/SHORT EQUITY FUND SPC, SPHINX MANAGED FUTURES FUND SPC, SPHINX EQUITY MARKET NEUTRAL FUND SPC, SPHINX CONVERTIBLE ARBITRAGE FUND SPC, SPHINX FIXED INCOME ARBITRAGE FUND SPC and PLUSFUNDS MANAGER ACCESS FUND SPEC LTD.; KENNETH M. KRYS and MARGOT MACINNIS as assignees of claims assigned by MIAMI CHILDREN'S HOSPITAL FOUNDATION, OFI ASSET MANAGEMENT, GREEN & SMITH INVESTMENT MAANAGEMENT LLC, THALES FUND MANAGEMENT LLC, KELLNER DILEO & CO. LLC, MARTINGALE ASSET MANAGEMENT LP, LONGACRE FUND MANAGEMENT LLC, ARNHOLD & S. BLEICHROEDER ADVISERS LLC, PICTET & CIE, RGA AMERICA REINSURANCE COMPANY, ARAB MONETARY FUND, HANSARD INTERNATIONAL LTD., CONCORDIA ADVISORS LLC, GABELLI SECURITIES, INC. and CITCO GLOBAL CUSTODY; and THE HARBOUR TRUST CO. LTD. as Trustee of the SPHINX TRUST,

                         Plaintiffs,

                        -against-

SCHULTE ROTH & ZABEL LLP,

                         Defendant.

11 Cv. 1486

**NOTICE OF APPEARANCE**

---

      PLEASE TAKE NOTICE that the undersigned is admitted to practice in this court and hereby appears in the above-captioned action as an attorney for defendant Schulte Roth & Zabel LLP.

Dated: New York, New York
March 16, 2011

                                  CHADBOURNE & PARKE LLP

By    */s/ M. Blackburn*
                                  Marcelo Blackburn
                             Attorneys for Defendant
                             30 Rockefeller Plaza
                             New York, NY  10112
                             (212) 408-5100
                             mblackburn@chadbourne.com