UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                        :

In re REFCO INC. SECURITIES LITIGATION     :     Case No. 07-md-1902 (JSR)
                        :

------------------------------------------------------------X

         This Document Relates to:       :

------------------------------------------------------------X

KENNETH M. KRYS, *et al.*,         :     Case No. 11-cv-1486 (JSR)
                        :

             Plaintiffs,      :     **FEDERAL RULE OF CIVIL**
                        :     **PROCEDURE 7.1**
         -against-         :     **<u>DISCLOSURE STATEMENT</u>**
                        :

SCHULTE, ROTH & ZABEL LLP,       :
                        :

           Defendant.      :

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff The Harbour Trust Co. Ltd., as Trustee for the SPhinX Trust, hereby states that The R&H Holdings Ltd. is the corporate parent of The Harbour Trust Co. Ltd.  No publicly held corporation holds more than 10% of the stock of The Harbour Trust Co. Ltd.

Dated:  New York, New York
        March 22, 2011

                        **BROWN RUDNICK LLP**

                        By: _____

                           David J. Molton (DM 1106)
                           Andrew Dash (AD 7913)
                           Jessica C. Calagione (JC 7095)
                       Seven Times Square
                       New York, New York  10036
                       Telephone: (212) 209-4800
                       dmolton@brownrudnick.com
                       adash@brownrudnick.com
                       jcalagione@brownrudnick.com

                             - and -

RECEIVED
MAR 2 2 2011
U.S.D.C. S.D. N.Y.
COMPLETED

**BEUS GILBERT PLLC**
Leo R. Beus
Dennis K. Blackhurst
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona  85251
Telephone: (480) 429-3000
lbeus@beusgilbert.com
dblackhurst@beusgilbert.com

*Co-Counsel to Plaintiffs*