UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re REFCO INC. SECURITIES LITIGATION   :   Case No. 07-md-1902 (JSR)
                                         :
------------------------------------------------------------X

This Document Relates to:

------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,               :
                                         :   Case No. 11-cv-1486 (JSR)
                 Plaintiffs,             :
                                         :
        -against-                        :   ACKNOWLEDGMENT OF SERVICE
                                         :
SCHULTE, ROTH & ZABEL LLP                :
                                         :
                 Defendant.              :
------------------------------------------------------------X

The undersigned, counsel for Schulte Roth & Zabel LLP, defendant in the above-captioned action ("Defendant"), confirms that he is duly authorized by Defendant to accept service of the Summons with Notice, Summons in a Civil Action and Complaint on behalf of Defendant and hereby acknowledges proper service of the Summons with Notice, Summons in a Civil Action and Complaint as to Defendant. Defendant hereby waives any defense or claim of insufficient service of process.

Dated: New York, New York
       March 24, 2011

                                        CHADBOURNE & PARK LLP

                                        By: _____
                                             Scott S. Balber

                                        30 Rockefeller Plaza
                                        New York, NY  10122
                                        Telephone: (212) 408-5100
                                        Facsimile: (212) 541-5369
                                        sbalber@chadbourne.com

                                        *Attorneys for Defendant*