UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-md-1902 (JSR) |

This Document Relates to:

| | |
|---|---|
| KENNETH M. KRYS et al.,<br><br>                              Plaintiffs,<br><br>              -against-<br><br>SCHULTE ROTH & ZABEL LLP,<br><br>                              Defendant. | No. 11-cv-1486 (JSR)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, dated May 4, 2011, the Declaration of Scott S. Balber, dated May 4, 2011, and the exhibits thereto, and upon all the prior pleadings and proceedings had herein, defendant Schulte Roth & Zabel LLP will move this Court before the Honorable Jed S. Rakoff, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, on June 14, 2011, at 4:30 PM, or as soon thereafter as counsel may be heard, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Complaint in its entirety, with prejudice, on the ground that the Complaint fails to state a claim upon which relief can be granted.

   PLEASE TAKE FURTHER NOTICE that, pursuant to the April 14, 2011 order of this Court, answering papers, if any, must be served on the undersigned no later than May 25, 2011.

Dated: New York, New York
May 4, 2011

                              CHADBOURNE & PARKE LLP

                By   */s Scott S. Balber*
                          Scott S. Balber
                       A Member of the Firm
          Attorneys for Defendant
          30 Rockefeller Plaza
          New York, NY 10112
          (212) 408-5100
          sbalber@chadbourne.com

TO: David J. Molton
Andrew Dash
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800

Leo R. Beus
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
(480) 429-3000

*Attorneys for Plaintiffs*