UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                       :

In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-md-1902 (JSR)

-----------------------------------------------------------X

This Document Relates to:

-----------------------------------------------------------X
KENNETH M. KRYS, et al.,                      :    Case No. 11-cv-1486 (JSR)

Plaintiffs,

        -against-

SCHULTE ROTH & ZABEL LLP,

        Defendant.
-----------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

1. The portion of Count I relating to allegations that defendant committed malpractice in connection with the preparation of SPhinX's organizational documents and conflicting language therein is voluntarily dismissed with prejudice as against Schulte Roth & Zabel LLP, without any rights of appeal;

2. The portion of Count I relating to allegations that Schulte Roth & Zabel LLP committed malpractice in connection with legal advice regarding potential preference litigation and redemption requests shall not be affected by this stipulation.

| | |
|---|---|
| Dated: April 11, 2012 | Dated: April 11, 2012 |
| Plaintiffs Kenneth M. Krys, et al. | Defendant Schulte Roth & Zabel LLP |
| By their attorneys, | By its attorneys, |
| By: /s/ David J. Molton | By: _____ |
| David J. Molton<br>Andrew Dash<br>Mason Simpson<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>dmolton@brownrudnick.com<br>adash@brownrudnick.com<br>msimpson@brownrudnick.com | Scott Sonny Balber<br>**CHADBOURNE & PARKE LLP (NY)**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-5466<br>Facsimile: (646) 710-5466<br>sbalber@chadbourne.com |

-and-

Leo R. Beus, pro hac vice
Dennis K. Blackhurst, pro hac vice
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100
lbeus@beusgilbert.com
dblackhurst@beusgilbert.com

Dated: April 11, 2012

Plaintiffs Kenneth M. Krys, et al.

By their attorneys,

By: _____
David J. Molton
Andrew Dash
Mason Simpson
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
adash@brownrudnick.com
msimpson@brownrudnick.com

    -and-

Leo R. Beus, pro hac vice
Dennis K. Blackhurst, pro hac vice
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100
lbeus@beusgilbert.com
dblackhurst@beusgilbert.com

Dated: April 11, 2012

Defendant Schulte Roth & Zabel LLP

By its attorneys,

By: *Scott S. Balber/MB*
Scott Sonny Balber
**CHADBOURNE & PARKE LLP (NY)**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5466
Facsimile: (646) 710-5466
sbalber@chadbourne.com

2