UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Case No.  11-cv-1486

KENNETH M. KRYS,

                Plaintiff,

    -against-

SCHULTE ROTH & ZABEL LLP,

                Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending          [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**SCOTT S. BALBER**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _SB5807_    My State Bar Number is _2672533_

I am,

    [✓]    An attorney
    [ ]    A Government Agency attorney
    [ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Chadbourne & Parke LLP
                FIRM ADDRESS:  30 Rockefeller Plaza, New York, NY 10112
                FIRM TELEPHONE NUMBER: 212-408-5100
                FIRM FAX NUMBER:  212-541-5369

NEW FIRM:    FIRM NAME:  Cooley LLP
                FIRM ADDRESS:  1114 Avenue of the Americas
                FIRM TELEPHONE NUMBER:  212-479-6000
                FIRM FAX NUMBER: 212-479-6275

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated:                                   
                                  ATTORNEY'S SIGNATURE