

Scott S. Balber
T: +1 212 479 6550
sbalber@cooley.com



BY HAND

November 13, 2012

The Honorable Jed S. Rakoff
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE: Krys v. Schulte Roth & Zabel LLP, 11 Civ. 1486 (JSR)**

Dear Judge Rakoff:

I recently changed my firm affiliation from Chadbourne & Parke LLP to Cooley LLP. I continue to represent Defendant Schulte Roth & Zabel LLP in the above-referenced matter. My former colleagues, Marcelo M. Blackburn and Paige M. Willan, no longer represent Schulte Roth & Zabel LLP. Accordingly, I respectfully request that the Court remove their names from the docket and the electronic notice list.

Respectfully submitted,

Scott S. Balber

SO ORDERED
/s/ Jed S. Rakoff
JSDJ  11-18-12



Judge Rakoff
November 13, 2012
Page Two

cc (by e-mail):

    Lee M. Andelin, Esq.
    Leo R. Beus, Esq.
    Marcelo M. Blackburn, Esq.
    Dennis Blackhurst, Esq.
    Jessica C. Calagione, Esq.
    Thomas A. Connelly, Esq.
    Andrew S. Dash, Esq.
    Robert T. Mills, Esq.
    David J. Molton, Esq.
    Samuel R. Randall, Esq.
    Mason C. Simpson, Esq.
    Scot C. Stirling, Esq.
    Paige M. Willan, Esq.
    Lowell R. Williams, Esq.
    Britton M. Worthen, Esq.